IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:21CV605

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| APPROXIMATELY $17,400.00 IN US CURRENCY SEIZED FROM CHRISTIAN GUERRERO ON APRIL 30, 2021 | ) ) ) |

## ORDER OF DEFAULT JUDGMENT

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Entry of Default Judgment. (Doc. No. 7). Having considered the Motion and the pleadings, the Court **GRANTS** the Motion and Order as follows:

**IT IS HEREBY ORDERED THAT** Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

**Approximately $17,400.00 in United States Currency seized from Christian Guerrero on April 30, 2021.**

Signed: January 31, 2022

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge